Opinion issued April 10, 2003















In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00310-CV

____________


EX PARTE BARRY BRENT SWARB, Applicant






Original Proceeding on Petition for Writ of Habeas Corpus






MEMORANDUM OPINION

 Applicant, Barry Brent Swarb, filed an application for writ of habeas corpus
in this Court. He requests that we reduce his appeal bond. The courts of appeals
have no original habeas corpus jurisdiction in criminal matters. Dodson v. State, 988
S.W.2d 833, 835 (Tex. App.--San Antonio 1999, no pet.); Ex parte Denby, 627
S.W.2d 435, 435 (Tex. App.--Houston [1st Dist.] 1981, orig. proceeding); Tex.
Gov't Code Ann. § 22.221 (Vernon Supp. 2003). Therefore, we are without
jurisdiction to grant habeas corpus relief.

 Accordingly, we dismiss for want of jurisdiction. 

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala.